# IN THE SUPREME COURT OF THE STATE OF NEVADA

ESTEBAN HERNANDEZ,
           Appellant,
        vs.
THE STATE OF NEVADA,
           Respondent.

No. 80044

FILED

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

On November 12, 2019, appellant filed a pro se notice of appeal. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the order denying a "motion and order for transportation of inmate for court appearance, or in the alternative, for appearance by telephone or video conference" and denying a motion to inspect sealed record entered on October 18, 2019, no statute or court rule provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19.51058

cc:    Hon. Michelle Leavitt, District Judge
       Esteban Hernandez
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk